IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TONYA BELL,

    Petitioner,

v.                                          4:19cv442–WS/MAF

WARDEN, FCI TALLAHASSEE,

    Respondent.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 32) docketed June 9, 2020. The magistrate judge recommends that the petitioner's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 be denied.

    The petitioner has filed objections (ECF No. 33) to the report and recommendation. The undersigned has considered those objections but finds that they lack merit. Because the undersigned finds that the petitioner's amended

habeas corpus petition is due to be denied for the reasons set forth by the magistrate judge, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 9) is DENIED.

3. The clerk shall enter judgment stating: "Tonya Bell's amended § 2241 petition for writ of habeas corpus is denied."

4. A certificate of appealability is DENIED.

5. Leave to appeal in forma pauperis is DENIED.

6. The clerk shall close the case.

DONE AND ORDERED this ___6th___ day of ___July___, 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE