UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TONYA BELL,

    Petitioner,

v.                                                                        4:19cv442–WS/MAF

WARDEN, FCI TALLAHASSEE,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 65) docketed June 9, 2021. The magistrate judge recommends that (1) Petitioner's Rule 60 Motion be denied; (2) Respondent's motion to dismiss be denied; and (3) Petitioner's motion for appointment of counsel be denied. No objections to the report and recommendation have been filed.

The court has reviewed the record and—like the magistrate judge—finds that Petitioner has failed to establish that she is entitled to relief under Rule 60(b)(2).

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 65) is ADOPTED and incorporated into this order by reference.

2. Petitioner's Rule 60 Motion (ECF No. 49) is DENIED.

3. Respondent's motion to dismiss (ECF No. 51) is DENIED as moot.

4. Petitioner's motion (ECF No. 64) for appointment of counsel is DENIED.

DONE AND ORDERED this ___22nd___ day of ___July___, 2021.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE